F I L E D
MAR 2 7 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JEFFREY SNOW,

    Plaintiff,

v.                                      Civil Action No. 3:18CV876–HEH

DAVID HACKWORTH, *et al.*,

    Defendants.

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

On January 9, 2019, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on January 24, 2019, the Court directed Plaintiff to pay an initial partial filing fee of $21.53 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Instead of complying with the above directive, Plaintiff sent a second copy of his inmate account form. Accordingly, by Memorandum Order entered on February 22, 2019, the Court again directed Plaintiff to pay an initial partial filing fee of $21.53 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. More than eleven days have elapsed and Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's

directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
HENRY E. HUDSON
SENIOR UNITED STATES DISTRICT JUDGE

Date: March 27 2019
Richmond, Virginia